IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| VS. | ) CR. NO. 1:18-10061-STA |
| CHARLES CURRY, | ) |
| Defendant. | ) |

---

## ORDER ON CHANGE OF PLEA
## AND NOTICE OF SETTING

---

This cause came to be heard on December 21, 2018, Assistant United States Attorney, Hillary Parham, appearing for the Government and the defendant, Charles Curry, appearing in person, and with counsel, Dianne Smothers.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a no contest plea of to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the no contest plea.

**SENTENCING** in this case is **SET** for **TUESDAY, APRIL 2, 2019 at 10:00 A.M., before Chief S. Thomas Anderson.**

Defendant to remain released on present bond.

**ENTERED** this the 21st day of December, 2018.

                                                  s/ S. Thomas Anderson
                                                  CHIEF JUDGE, U. S. DISTRICT COURT