**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

**UNITED STATES OF AMERICA,** )
                                )
         **Plaintiff,** )        **No. <u>1:18-cr-10061-STA</u>**
**v.** )
                                )
**CHARLES CURRY** )
                                )
        **Defendant,** )

## <u>ORDER AND NOTICE OF RESETTING</u>

The United States has requested a brief continuance from April 4, 2019, to a new date to allow for witnesses to be present.

Wherefore, for good cause, the sentencing set on April 4, 2019 has been rescheduled to **April 30, 2019 at 9:00 AM.**

IT IS SO ORDERED this 2nd day of April, 2019.


<u>s/S. Thomas Anderson</u>
Chief U.S. District Court Judge

Date: 4/2/2019